MOSCOWITZ v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term.   December 23, 1904.)

1. COURTS—ENTRY OF JUDGMENT—JURISDICTION—STATUTE.
    Under the Municipal Court Act, Laws 1902, p. 1557, c. 580, § 230, providing that when a justice tries a case without a jury he must decide all questions of fact and law, and render judgment accordingly within 14 days from the time the same was submitted, where a case was tried on October 6th, and briefs were submitted as of October 13th, the justice was without jurisdiction to render a judgment on October 28th.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Joseph Moscowitz against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Henry W. Goddard and William E. Weaver, for appellant.
Charles Frankel, for respondent.

PER CURIAM. This action was tried on the 6th day of October, 1904, and at the close of the case the following appears: "Briefs and case to be submitted as of October 13th." Judgment was entered on October 28, 1904.

Section 230 of the municipal court act (Laws 1902, p. 1557, c. 580) provides that when a justice tries a case without a jury he must "decide all questions of fact and law and render judgment accordingly within 14 days from the time the same was submitted for that purpose," etc. The judgment herein not having been rendered within the time prescribed, the justice lost jurisdiction of the case, and a reversal must be had.

Judgment reversed, with costs.